_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
June 13, 2025

JOSHUA DRESSLOVE, ESQ.,
Nevada bar Number 15535
jdresslove@dresslovelaw.com
4326 W. Cheyenne Ave Ste 109
N. Las Vegas NV 89032
(702) 814-1000/ (702) 642-9766 FAX

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re | Case No.: 25-11193-abl |
|---|---|
| FUSION HOLDINGS, LLC, | Chapter: 7 |
| Debtor(s) | Hearing Date: April 30th, 2025<br>Hearing Time: 10:30AM<br>United States Bankruptcy Curt<br>Foley Federal Building<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 |
| | **JUDGE: HON. AUGUST B. LANDIS** |

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER ON RELIEF FROM THE AUTOMATIC STAY UNDER 11 USC 362(d), WAIVER OF THE 14 DAY STAY , AND IN REM RELIEF**

**WHEREIN** Secured creditor Batel LLC's, ("Movant") Motion for Relief From The Automatic Stay, having come before this Court on April 30th, 2025, Joshua Dresslove Esq.

appearing for Movant, and no appearance having been made on behalf of Debtor Fusion Holdings, LLC;

**WHEREIN** Debtor did not file written opposition to Movant's Motion for Relief From The Automatic Stay, and the Court having reviewed the Motion, and considered oral arguments made is support, and the Court being fully advised in the premises, and good cause appearing:

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This court has jurisdiction under 28 USC 1334(a)(157) and local rule 1001(b)(1), venue is appropriate in Nevada under 11 USC 1408(1). This Motion is a Court proceeding under 28 USC 157(b)(2)(A) and arises under the Bankruptcy Code and seeks dismissal under 11 USC 707(a), 11 USC 109(a)(5) and 11 USC 101(15).

The Court has reviewed the Motion, has found that the same is properly supported and served, and that no opposition has been filed, the Court takes judicial notice under Federal Rule of Evidence 201(b) & (c) of the following;

This is a case that was filed by Debtor Fusion Holdings, LLC;

Debtor(s) owe $215,318.89 on the Note to Movant ("the Note").

The Note is secured by a deed of trust benefiting Movant and held against residential real property commonly known as 3920 Syracuse Dr, Las Vegas, NV 89121, APN: 161-19-713-008 ("the Property").

Debtor has defaulted on the Note.

Debtor has little to no equity in the Property

The Movant is not adequately protected where Debtor(s) fail to provide proof of homeowners insurance and allow liens to record against the Property.

The Court finds that relief requested in the unopposed motion is warranted based on the above referenced undisputed facts, relief from the automatic stay is appropriate under 11USC Section 362(d)(1) and (2) for cause and for all the reasons detailed in the papers filed by Movant Batel, LLC.

For lack of any opposition and all the reasons stated herein, I hereby grant Batel LLC's Motion in its entirety and all of its relief requested.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion For Relief From Automatic Stay is granted in favor of Movant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all bankruptcy stay provisions are hereby terminated as to the real property commonly known as 3920 Syracuse Dr, Las Vegas, NV 89121, APN: 161-19-713-008, ("the Property") and legally described as

> LOT TWENTY (20) IN BLOCK (7) OF ENCANTO UNIT NO. 3-C, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 12, OF PLATS, PAGE 3, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the 14-day waiting period of FRBP 4001(a)(3) shall be waived with regard to this Order.

Prepared and submitted by:

DRESSLOVE LAW

By: /s/ Joshua Dresslove Esq.
Joshua Dresslove, Esq.
NVB 15535